UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


APRIL HETTMAN,
formerly April Manning,

       Plaintiff,

                                            Civil No. 07-735-HA

  v.

                                     ORDER TO DISMISS DEFENDANT
                                        LVNV FUNDING, LLC

TARGET NATIONAL BANK,
formerly Retailers National Bank,
a foreign entity, et al.,

       Defendants.


       Based on the Unopposed Motion To Dismiss,

       IT IS HEREBY ORDERED AND ADJUDGED, that  defendant LVNV Funding, LLC

is DISMISSED with prejudice and without costs or fees to either party.

       Dated this  __14__ day of August, 2007.

                                 ____/s/ ANCER L. HAGGERTY___
                                    ANCER L. HAGGERTY
                            UNITED STATES DISTRICT JUDGE