FILED'08 AUG 25 10:38USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| APRIL HETTMAN, | ) |
|                     Plaintiff(s), | ) Civil No. 07-735-PK |
| v. | ) **ORDER** |
| TARGET NATIONAL BANK, et al., | ) |
|                     Defendant(s). | ) |

Based on the record,

IT IS ORDERED Plaintiff's Unopposed Motion to Dismiss [45-1] is GRANTED and that this action is DISMISSED with prejudice and without costs or attorneys fees to any party.

Dated this 25th day of August, 2008.

by _____
Paul Papak
United States Magistrate Judge